B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Scovill, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Scovill Holdco Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2223634** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1802 Scovill Drive**<br>**Clarkesville, GA**<br>ZIP Code **30523-6348** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Habersham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Scovill, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **4 Affiliated Debtors (See Petition Addendum)** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Scovill, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>**X** **/s/ John C. Weitnauer**<br>Signature of Attorney for Debtor(s)<br><br>**John C. Weitnauer 746550**<br>Printed Name of Attorney for Debtor(s)<br><br>**ALSTON & BIRD LLP**<br>Firm Name<br><br>**1201 W Peachtree St**<br>**Atlanta, GA 30309-3424**<br><br>Address<br><br>**(404) 881-7000  Fax: (404) 881-7777**<br>Telephone Number<br><br>**April 19, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ Stewart Little**<br>Signature of Authorized Individual<br><br>**Stewart Little**<br>Printed Name of Authorized Individual<br><br>**President and Chief Executive Offixcer**<br>Title of Authorized Individual<br><br>**April 19, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

# Addendum to the Voluntary Petition of Scovill, Inc.

**Pending Bankruptcy Case Filed By Any Spouse,
Partner Or Affiliate Of This Debtor**

On the date hereof, each of the affiliated entities listed below (including the Debtor in this Chapter 11 case) filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code:

- Scovill Fasteners Inc.
- Scomex, Inc.
- Rau Fastener Company, L.L.C.
- PCI Group, Inc.

## ACTION TAKEN BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## SCOVILL, INC.

Acting by unanimous written consent pursuant to applicable provisions of Delaware law, the undersigned, being all of the members of the Board of Directors (the "**Board**") of Scovill, Inc., a Delaware corporation (the "**Company**"), waive notice of a meeting and consent to and adopt the following resolutions as the action of the Board in lieu of a meeting and direct that this written consent be delivered to the Company for filing with the minutes of proceedings of the Board.

### *Approval of the Asset Purchase Agreement*

WHEREAS, the Board has determined that in order to maximize the value of the Company for its stockholders, creditors, partners and other interested parties, the Company should pursue the sale (the "**Sale**") of substantially all of its assets (the "**Assets**") to Global Equity Capital, LLC or its designee ("**Global**") under Section 363 of Title 11 of the United States Code (the "**Bankruptcy Code**");

WHEREAS, the Company executed a Letter of Intent dated March 11, 2011 (the "**Letter of Intent**") setting forth certain terms and conditions of the Sale, and certain officers and representatives of the Company have negotiated with representatives of Global with respect to the Sale within the terms and conditions set forth in the Letter of Intent;

WHEREAS, the terms of the Sale are set forth in an Asset Purchase Agreement, a copy of which has been provided to the Board (the "**Purchase Agreement**"), by and among the Company, certain of the Company's affiliates and Global;

WHEREAS, in connection with the execution and delivery by the Company of the Purchase Agreement, the Company may be required or may decide it is in the Company's best interest to execute certain other documents, instruments, certificates and agreements (collectively referred to as the "**Collateral Agreements**");

WHEREAS, the Board has considered the foregoing and other information concerning the Sale, has reviewed the terms and conditions of the Sale as set forth in the Purchase Agreement and as described by counsel to the Company, and the Board believes that the Sale on the terms and conditions set forth in the Purchase Agreement is advisable and in the best interest of the Company, its stockholders, creditors, partners and other interested parties; and

WHEREAS, in the exercise of its fiduciary duties, and after due care, thorough review and consideration, the Board has determined that in order to maximize the value of the Company for its stockholders, creditors, partners and other interested parties, the Board should approve, affirm, ratify and confirm the Sale on the terms and conditions set forth in the Purchase Agreement.

NOW, THEREFORE, BE IT RESOLVED, that the Board, after due care, thorough review and consideration, deems it advisable and in the best interest of the Company, its stockholders, creditors, partners and other interested parties to enter into the Purchase Agreement and the Collateral Agreements and to consummate the transactions contemplated therein; and it is further

RESOLVED, that the Board hereby approves the Purchase Agreement and authorizes and directs the President and Chief Executive Officer and/or the Senior Vice President of Finance to execute and deliver the Purchase Agreement substantially in the form presented to the Board and the Collateral Agreements, together with such changes thereto, if any, as either the President and Chief Executive Officer and/or the Senior Vice President of Finance shall approve, such approval to be conclusive evidence by his execution thereof.

*Petition for Relief under Chapter 11*

WHEREAS, pursuant to the terms of the Purchase Agreement, promptly following the date hereof, each of Scovill Fasteners Inc., Scovill, Inc., Rau Fastener Company, L.L.C., PCI Group, Inc., and Scomex, Inc. (the "**Companies**") shall file voluntary Chapter 11 petitions with the United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division (the "**Bankruptcy Court**").

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, partners, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in connection with the Sale; and it is further

RESOLVED, that Stewart Little, President and Chief Executive Officer of the Company, is the individual duly appointed by the Board (the "**Authorized Officer**") and is authorized and directed, for and on behalf of and in the name of the Company, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officer executing the same shall determine; and it is further

RESOLVED, that the law firm of Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424 be employed as counsel for the Company for the purposes of its Chapter 11 case and otherwise; and it is further

RESOLVED, that the Authorized Officer, and such other officers as the Board shall from time to time designate, be, and hereby are, authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all action that they may deem necessary or proper to commence and administer the Chapter 11 case, and in that connection to retain and employ all assistance by attorneys, investment bankers, accountants and other professionals that they may deem necessary or proper with a view to the successful administration of the Chapter 11 case.

*Credit Agreement*

WHEREAS, following the filing of the voluntary Chapter 11 petitions with the Bankruptcy Court, each of the Companies is continuing in possession of its assets and in the management of its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code; and

WHEREAS, the Companies have requested that certain of their secured lenders (the "**Lenders**") make available to the Companies a revolving credit facility in the amount of $22,500,000 (the "**DIP Loan**") and the Lenders have agreed to make available to the Companies the DIP Loan.

NOW, THEREFORE BE IT RESOLVED, that Company is authorized to enter into a debtor-in-possession financing from the Lenders lead by General Electric Capital Corporation in its capacity as administrative agent for the Lenders (the "**Agent**"); and it is further

RESOLVED, that as part of such financing, the Company is authorized to enter into that certain Senior Secured, Priming and Super-Priority Debtor-in-Possession Credit Agreement by and among the Company, as guarantor for the benefit of its subsidiary Scovill Fasteners Inc. (the "**Borrower**"), certain of the Company's affiliates (together with the Company and the Borrower the "**Credit Parties**"), the Lenders and the Agent, pursuant to which the Lenders will make funds available to the Borrower pursuant to the terms and conditions contained therein (the "**Credit Agreement**"); and it is further

RESOLVED, that (i) the Borrower is authorized to grant superpriority liens pursuant to 11 U.S.C. §§ 364(c) and (d) in favor of the Lenders, in all of the Company's real and personal property, including without limitation, all of its receivables, goods, equipment, inventory, chattel paper, documents, general intangibles, investment property, stock of any of its subsidiaries and all bank and other depository accounts as security for the Credit Parties' obligations under the Credit Agreement and Loan Documents (as defined below); and it is further

RESOLVED, that in connection with the execution and delivery of the Credit Agreement, the Company is authorized to execute certain other agreements, documents, instruments and certificates, in connection with the foregoing, including security agreements, mortgages, lockbox account agreements and pledge agreements, and be subject to certain orders issued in connection therewith by the Bankruptcy Court (all of the foregoing, including the Credit Agreement and, the orders from the Bankruptcy Court, collectively referred to as the "**Loan Documents**"); and it is further

RESOLVED, that the Company is hereby authorized to execute and deliver the Loan Documents to which it is a party and perform all obligations of the Company pursuant to the Loan Documents to which it is a party; and it is further

RESOLVED, that in connection with the Credit Agreement, the payment to the Agent and the Lenders of all fees (including the closing fee, commitment fee, termination

- 3 -

fee and collateral management fee) as well as the reimbursement of an amount equal to the Agent's out of pocket costs, including the reasonable fees and disbursements of Agent's counsel, are hereby authorized and approved; and it is further

RESOLVED, that the officers of the Company are hereby authorized to take any and all other actions necessary to carry out and give effect to the transactions contemplated by, or to be performed by, the Company under the Loan Documents and that such officers be, and each of them hereby is, authorized and directed to execute and deliver such other instruments and documents and take such other action as such officer may deem necessary or appropriate to effectuate the intent of the foregoing Resolutions and to consummate the transactions contemplated by the Loan Documents; and it is further

RESOLVED, that any and all actions taken by such officers of the Company in connection with the negotiation, preparation and execution of the Loan Documents prior to the date hereof are hereby ratified, affirmed and approved in all respects; and it is further

*General Authorization*

RESOLVED, that each of the Authorized Officer and the Senior Vice President of Finance be, and hereby is, authorized, empowered and directed to take all other actions and do all other things additional to the execution and delivery of documents as they, in their discretion, may deem necessary or desirable and in the best interest of the Company to accomplish the purposes and intent of the foregoing resolutions, this taking of any such action or his doing of any such thing for and on behalf and in the name of the Company to be conclusive evidence that they did so deem the same to be necessary or desirable and in the best interest of the Company; and it is further

RESOLVED, that any and all actions herein authorized, if taken prior to the date of these resolutions, be, and hereby are, in all respects approved, affirmed, ratified and confirmed.

IN WITNESS WHEREOF, the undersigned consents to the actions described herein to be effective as of the date set forth below.

**BOARD OF DIRECTORS:**

Date:_____

_____
Peter Frank, Chairman *(signed)*

Date:_____

_____
Larry Himes

Date:_____

_____
Stewart Little

Date:_____

_____
Dan Sebastian

Signature Page to Board Consent Action of Scovill, Inc.

IN WITNESS WHEREOF, the undersigned consents to the actions described herein to be effective as of the date set forth below.

**BOARD OF DIRECTORS:**

Date:_____

Peter Frank, Chairman

Date: 4/7/11

*[signature]*

Larry Himes

Date:_____

Stewart Little

Date:_____

Dan Sebastian

IN WITNESS WHEREOF, the undersigned consents to the actions described herein to be effective as of the date set forth below.

**BOARD OF DIRECTORS:**

Date:_____        _____
                            Peter Frank, Chairman

Date:_____        _____
                            Larry Himes

Date: 4/5/2011              *[signed]* Stewart Little
                            Stewart Little

Date:_____        _____
                            Dan Sebastian

Signature Page to Board Consent Action of Scovill, Inc.

IN WITNESS WHEREOF, the undersigned consents to the actions described herein to be effective as of the date set forth below.

**BOARD OF DIRECTORS:**

Date:_____    _____
                                Peter Frank, Chairman

Date:_____    _____
                                Larry Himes

Date:_____    _____
                                Stewart Little

Date: April 11, 2011            _____/s/ R. Sebastian_____
                                Dan Sebastian

Signature Page to Board Consent Action of Scovill, Inc.

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Scovill, Inc.**
                                                                    Debtor

Case No. _____

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GSC Recovery II, L.P.**<br>**500 Campus Drive**<br>**Suite 220**<br>**Florham Park, NJ 07032** | **Common** | **33,004** | **Common** |
| **GSC Recovery IIA, L.P.**<br>**500 Campus Drive**<br>**Suite 220**<br>**Florham Park, NJ 07032** | **Common** | **11,477** | **Common** |
| **GSCP Recovery, Inc.**<br>**500 Campus Drive**<br>**Suite 220**<br>**Florham Park, NJ 07032** | **Common** | **55,519** | **Common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Offixcer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 19, 2011**

Signature  **/s/ Stewart Little**
                  **Stewart Little**
                  **President and Chief Executive Offixcer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re **Scovill, Inc.**　　　　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Scovill, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**GSC Recovery II, L.P.**
**500 Campus Drive**
**Suite 220**
**Florham Park, NJ 07032**

**GSC Recovery IIA, L.P.**
**500 Campus Drive**
**Suite 220**
**Florham Park, NJ 07032**

**GSCP Recovery, Inc.**
**500 Campus Drive**
**Suite 220**
**Florham Park, NJ 07032**

☐ None [*Check if applicable*]

**April 19, 2011**　　　　　　　　　　　　　　　　**/s/ John C. Weitnauer**
Date　　　　　　　　　　　　　　　　　　　　　　**John C. Weitnauer 746550**
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for **Scovill, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　　　　**1201 W Peachtree St**
　　　　　　　　　　　　　　　　　　　　　　　　**Atlanta, GA 30309-3424**
　　　　　　　　　　　　　　　　　　　　　　　　**(404) 881-7000 Fax:(404) 881-7777**